# EXHBIT B

Blog  Fan Club  Contact

# WCCG 104.5FM

HOME  ON-AIR ˅  GOSPEL CARAVAN ˅  WIN ˅  MUSIC ˅  SPORTS ˅  NEWS ˅  CONTACT US ˅

News | Entertainment News

## XXXTENTACION Cancels Rest Of Tour After Cousin Gets Shot

By HiphopDX  24/06/2017



Considering the ongoing saga of XXXTENTACION's wild concert antics, it's not surprising The Revenge Tour has come to an abrupt and early end. In an Instagram post uploaded to the Florida rapper's official account Saturday afternoon (June 24), it was announced the remaining dates have been cancelled after X learned his cousin was shot on Friday (June 23).

"Dear fans and supporters, I am postponing the tour and giving a full refund to everyone that has purchased a ticket due to my cousin being shot yesterday," the post read. "I want to be by his side, I apologize to everyone I am disappointing, I am, & must choose to

LISTEN LIVE!

THE MIX SQUAD

9:00 pm - 10:59 pm

THE MIX SQUAD

**Up next:** THE SUNDAY NIGHT SHUTDOWN

11:00 pm - 11:59 pm

# XXXTENTACION Cancels Rest Of Tour After Cousin Gets Shot

By **HipHopDX** - 24/06/2017



Considering the ongoing saga of XXXTENTACION's wild concert antics, it's not surprising The Revenge Tour has come to an abrupt and early end. In an Instagram post uploaded to the Florida rapper's official account Saturday afternoon (June 24), it was announced the remaining dates have been canceled after X learned his cousin was shot on Friday (June 23).

"Dear fans and supporters, I am postponing the tour and giving a full refund to everyone that has purchased a ticket due to my cousin being shot yesterday," the post read. "I want to be by his side, I apologize to everyone I am disappointing, I am, & must choose to maintain my mental health & physical health before anything, we will have fun and meet soon!

I love you all and I apologize

A post shared by MAKE OUT HILL (@xxxtentacion) on Jun 24, 2017 at 12:56pm PDT

"Florida, since I will be home I will do your show, but after that, I am disappearing for a while," it continued. "I love you all – xxx."

X was expected to perform in Las Vegas on July 4 and New York City on July 7. He

Read more...

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

# HipHopDX

http://hiphopdx.com

FOLLOW US ON INSTAGRAM
@WCCG1045FM



Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept





Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept