Civil Action No. 5:19-cv-00054

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Carson Communications Group, Inc.</u> was received by me on *(date)* <u>Feb 22, 2019</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Lynanne Gares, Litigation Management Services Leader</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Carson Communications Group, Inc.</u> on *(date)* <u>Fri, Feb 22 2019 at 3:45 p.m. at Prentice-Hall Corporation System, Inc., at 251 Little Falls Dr., Wilmington, DE 19808</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ 34.20.

I declare under penalty of perjury that this information is true.

Date: February 25, 2019

_____
*Server's signature*

McKenna Touey, Process Server
_____
*Printed name and title*

Delaware Attorney Services
3516 Silverside Road, Unit 16, Wilmington, DE 19810
_____
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Action; Complaint with Exhibits A and B; and Civil Cover Sheet