IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:19-cv-0054-TWB

| | |
|---|---|
| CALAN BEASLEY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **PLAINTIFF'S MOTION FOR ENTRY OF** |
| | ) **DEFAULT** |
| CARSON COMMUNICATIONS, INC., | )<br>) |
| Defendant. | )<br>)<br>)<br>) |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Calan Beasley ("Plaintiff") respectfully moves for entry of default against Carson Communications, Inc. ("Defendant") and requests that the Clerk enter a default against Defendant as required. In support of this Motion, Plaintiff states as follows:

1. Plaintiff filed the above-captioned case on February 21, 2019 in this Court seeking damages against the Defendant for (i) copyright infringement in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501, *et seq.*; and (ii) unauthorized removal and/or alteration of copyright management information in violation of section 1202(b) of the Digital Millennium Copyright Act, 17 U.S.C. § 1202(b). (Compl., Dkt. #1 at ¶ 1.)

2. As described in Plaintiff's Affidavit of Service, which Plaintiff incorporates by reference as if fully set forth herein, on February 22, 2019, a copy of the summons and complaint was served on Defendant via Lynanne Gares, an authorized registered agent in the State of Delaware. [Certificate of Service, Dkt. #7]

3. Fed. R. Civ. P. 12(a)(1)(A)(i) provides that a defendant shall serve an answer "within 21 days after being served with the summons and complaint." *Id.* Under this rule, the deadline for Defendant to serve its responsive pleading was March 15, 2019 and has passed without any such pleading having been either filed or served. Accordingly, Defendant is in default, and default is required to be entered against Defendant pursuant to Fed. R. Civ. P. 55(a).

This the 2nd day of July, 2019.

Respectfully Submitted,

/s/ Seth L. Hudson
Seth L. Hudson
CLEMENTS BERNARD WALKER
4500 Cameron Valley Parkway
Suite 350
Charlotte, North Carolina 28211
Tele: 704-790-3600
SHudson@WorldPatents.com

*Counsel for Plaintiff Calan Beasley*

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT** was electronically filed this day with the Clerk of Court using the CM/ECF system and that a true and accurate copy of it was sent to all parties to this cause by depositing the original and/or copy hereof, postage pre-paid, in the United States mail, addressed as follows:

Carson Communications, Inc.
115 Gillespie St
Fayetteville, North Carolina 28303

This the 2nd day of July, 2019.

Respectfully Submitted,

/s/ Seth L. Hudson
Seth L. Hudson
CLEMENTS BERNARD WALKER
4500 Cameron Valley Parkway
Suite 350
Charlotte, North Carolina 28211
Tele: 704-790-3600
SHudson@WorldPatents.com

*Counsel for Plaintiff Calan Beasley*