UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA (Western Division)

| | |
|---|---|
| CALAN BEASLEY,<br><br>                                  Plaintiff,<br><br>  - against -<br><br>CARSON COMMUNICATIONS GROUP, INC.<br><br>                                 Defendant. | Docket No. 5:19-cv-00054 (TWB)<br><br>**DECLARATION OF<br>RICHARD LIEBOWITZ** |

I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

1. I am out-of-state counsel for plaintiff Calan Beasley ("Plaintiff") and am duly admitted to practice law in the State of New York.

2. I submit this declaration in support of Plaintiff's Motion For Entry of Default against Carson Communications Group, Inc. ("Defendant") pursuant to Fed.R.Civ.P. 55(a) and Local Rule 55.1.

3. The basis for entry of default is Defendant's failure to answer or otherwise appear to defend this action.

4. On February 22, 2019, a copy of the summons and complaint was served on Defendant via Lynanne Gares, an authorized registered agent in the State of Delaware. [Certificate of Service, Dkt. #7] . Service of the summons and complaint was effectuated in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure and Local Rules.

5. Fed. R. Civ. P. 12(a)(1)(A)(i) provides that a defendant shall serve an answer "within 21 days after being served with the summons and complaint." *Id.* Under this rule, the deadline for Defendant to serve its responsive pleading was March 15, 2019 and has passed without any such pleading having been either filed or served. Accordingly, Defendant is in default, and default is required to be entered against Defendant pursuant to Fed. R. Civ. P. 55(a).

Dated: July 2, 2019
Valley Stream, New York

                      Respectfully Submitted:

                      **/s/Richard Liebowitz/**
                      Richard Liebowitz

                      *Counsel for Plaintiff Calan Beasley*