| | |
|---|---|
| CALAN BEASLEY,<br><br>                      Plaintiff,<br><br>- against -<br><br>CARSON COMMUNICATIONS GROUP, INC.<br><br>                      Defendant. | Docket No. 5:19-cv-00054 (TWB) |

## **[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Motion For Entry of Default under Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1; and the Declaration Richard Liebowitz and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED** that Plaintiff's Motion For Entry of Default is granted.

Dated: _____, 2019                 **SO ORDERED.**

                                                                                      _____