UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA (Western Division)

CALAN BEASLEY,

           Plaintiff,

- against -

CARSON COMMUNICATIONS GROUP, INC.

           Defendant.

Case No. 5:19-cv-00054-BO

### ENTRY OF DEFAULT

Upon consideration of the Plaintiff's Motion For Entry of Default under Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1; and the Declaration Richard Liebowitz and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED** that Plaintiff's Motion For Entry of Default is granted and default is entered against defendant Carson Communications Group, Inc.

Dated: _July 29, 2019_

                                              Peter A. Moore, Jr.
                                              Clerk of Court