

August 28, 2019

Honorable Terrence W. Boyle
United States District Judge
Eastern District of North Carolina
206 East Main Street
Elizabeth City, NC 27909

Re: *Beasley v. Carson Communications Group, Inc. (5:19-cv-00054-BO)*

Dear Judge Boyle,

We represent Plaintiff, Calan Beasley, in the above in-captioned case. We have in touch with Defendant and discussing settlement. Defendant claims that the entity served through an agent in Delaware in not their entity even though the name is identical to Defendant's corporate name. Instead of engaging in motion practice on the issue of service, we respectfully request a 30-day leave to serve the Defendant at its place of business so that the parties can litigate on the merits of the case.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Calan Beasley*

