Civil Action No. 5:19-cv-00054

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Carson Communications Group, Inc.
was received by me on *(date)* 09/09/2019

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Stephanie Sutton , who is
designated by law to accept service of process on behalf of *(name of organization)* Carson Communications
Group, Inc. on *(date)* 09-13-2019 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: 09/23/2019

L- Maggio
*Server's signature*

Tonya Maggio   NC Process Server
*Printed name and title*

PO Box 12272
Wilmington, NC 28405
*Server's address*

Additional information regarding attempted service, etc:

Case 5:19-cv-00054-BO   Document 1-3   Filed 02/21/19   Page 2 of 2