IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Calan Beasley | |
| Plaintiff, | Civil Action No. 5:19-cv-54 |
| vs. | |
| Carson Communications Group, Inc. | **UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** |
| Defendants. | |

Plaintiff Calan Bealsey ("Plaintiff") requests permission for Seth Hudson to withdraw as attorney of record for Plaintiff and for Albert P. Allan of Allan IP Litigation to appear as counsel for Plaintiff.  The withdrawal of Seth Hudson is not sought for delay.

On November 11, 2019, Mr. Liebowitz communicated with Mr. Charles Coble, counsel for Defendant Carson Communications Group, Inc., regarding the merits of this motion.   Mr. Coble advised that he is unopposed to this motion.

**WHEREFORE**, Plaintiff respectfully requests that Seth Hudson be permitted to withdraw as attorneys of record for Plaintiff and that Albert P. Allan of Allan IP Litigation be permitted to appear for Plaintiff.

Respectfully submitted, this the 17th day of November 2019.

**CLEMENTS BERNARD WALKER**

s/ Seth L. Hudson
Seth L. Hudson (NC Bar No. 32259)
4500 Cameron Valley Parkway, Suite 350
Charlotte, NC 28211
Phone 704.790.3600
Fax 704.366.9744
shudson@worldpatents.com

/s/Richard Liebowitz
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tele: 516-233-1660
RL@LiebowitzLawFirm.com

/s/Al Allan
Allan IP Litigation
409 East Boulevard, Suite 201
Charlotte, NC 28203
Tele: 704-371-5605
AlAllan@AllanIPLigitation.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of November, 2019, I electronically filed the foregoing **UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** with the Clerk of Court using the CM/ECF system serving the following CM/ECF participants:

/s/Richard Liebowitz
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tele: 516-233-1660
RL@LiebowitzLawFirm.com

*(Attorneys for Plaintiff)*
