IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:19-cv-00054-BO

| | |
|---|---|
| CALAN BEASLEY,<br><br>                Plaintiff,<br><br>v.<br><br>CARSON COMMUNICATIONS GROUP, INC.,<br><br>                Defendant. | **STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that this action and all claims asserted therein is and are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

This, the 15th day of January, 2020.

/s/ Albert P. Allan
Albert P. Allan
N.C. State Bar No. 18882
alallan@allaniplitigation.com
Allan Law Firm, PLLC
409 East Boulevard
Charlotte, NC 28203
Telephone: 704-371-5605

/s/ Richard Liebowitz
Richard P. Liebowitz
RL@LiebowitzLawFirm.com
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Telephone: 516-233-1660

(*Pro Hac Vice Forthcoming*)

*Attorneys for Plaintiff Calan Beasley*

/s/ Patrick Cross
Charles E. Coble
N.C. State Bar No. 25342
ccoble@brookspierce.com
Patrick Cross
N.C. State Bar No. 50646
pcross@brookspierce.com
BROOKS, PIERCE, McLENDON,
   HUMPHREY & LEONARD, LLP
P.O. Box 1800
Raleigh, NC 27602
Telephone: 919.839.0300

*Counsel for Defendant Carson Communications Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:19-cv-00054-BO

| | |
|---|---|
| CALAN BEASLEY,<br><br>        Plaintiff,<br><br>   v.<br><br>CARSON COMMUNICATIONS GROUP, INC.,<br><br>        Defendant. | **CERTIFICATE OF SERVICE** |

      The undersigned hereby certifies he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which pursuant to Local Civil Rule 4.1(e), constitutes service on all counsel of record.

      This, the 15th day of January, 2020.

                                                               By: /s/ Albert P. Allan
                                                                            Albert P. Allan